**Order filed October 16, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00745-CV
_____

**MICHAEL COLEMAN AND ROCO MANAGEMENT LLC, Appellants**

**V.**

**BRIAN CWEREN, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1102359**

---

## O R D E R

The notice of appeal in this case was filed August 22, 2018. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **October 31, 2018.** *See* Tex. R. App. P. 5. If appellant

fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM